# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

SABIR ABDUL HAQQ YASIR

    VS                                              CASE NO. 4:05cv267-MP/WCS

DAVID FARCUS

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 10/11/2005 (document #13), and referred to Magistrate Judge William C. Sherrill on 10/27/2005.

    Summary of motion/pleading: MOTION FOR LEAVE TO CONDUCT LIBERAL DISCOVERY

                                              WILLIAM M. MCCOOL, CLERK OF COURT

                                              s/ Angie Maxwell
                                              DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 16th day of November, 2005, the requested relief is **DENIED without prejudice**.  Respondent filed the answer with exhibits (doc. 15, with Exs. A-X).  If discovery is necessary Petitioner may renew his motion if he files a reply per doc. 12 (order allowing a reply to be filed by November 30, 2005).

                                              s/ William C. Sherrill
                                              UNITED STATES MAGISTRATE JUDGE