IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABIR ABDUL-HAQQ YASIR,

      Petitioner,

v.                                                              CASE NO. 4:05-cv-00267-MP-WCS

DAVID FARCUS, Warden,

      Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 26, Petitioner's Motion for Telephonic Hearing on Objections to Report and Recommendation or in the Alternative for an Order Directing Petitioner's Custodian to Provide Him Proper Postage and Envelopes to Mail Objections.  The Magistrate Judge had extended the deadline for filing objections to September 5, 2006.  Doc. 23. Petitioner dated the instant motion September 5, 2006, and stated that he could not file his objections because they were too heavy and voluminous for the postage and envelopes issued by the prison.  In his motion, Petitioner seeks either a telephonic hearing to present his objections or an order directing the prison officials to provide him with the postage to mail his objections.

      Petitioner cites Bounds v. Smith, 430 U.S. 817 (1977), for the proposition that Defendant's policy limiting indigent prisoners to one free stamp per week violates his constitutional right of access to the courts.  While inmates must be supplied with paper and stamps to ensure access to the courts, under Bounds this access must only be "meaningful."  In Hoppins v. Wallace, the Eleventh Circuit "interpreted Bounds not to require states 'to pay the postage on every item of legal mail each and every prisoner wishes to send.'" 751 F.2d 1161,

1162 (11th Cir. 1985)(citing <u>Twyman v. Crisp</u>, 584 F.2d 352, 359 (10th Cir.1978)).  Other

Districts have found that limiting indigent inmates to one free stamp per week does not deny

them access to the courts.  <u>See</u> <u>Robertson v. McCray</u>, No. 03-22823-CIV, 2006 WL 2882502, at

*5 (S.D. Fla. July 28, 2006).  Because Petitioner has not presented any denial of his right of the

access to the courts, his motion is denied.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Petitioner's Motion for Telephonic Hearing on Objections to Report and
Recommendation or in the Alternative for an Order Directing Petitioner's Custodian to
Provide Him Proper Postage and Envelopes to Mail Objections, Doc. 26, is DENIED.

**DONE AND ORDERED** this _17th_ day of October, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge